**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 11, 2025

Daniel Robert Suhr
NATIONAL CENTER FOR JUSTICE & LIBERTY
Suite 210
747 N. Jackson Street
Chicago, IL 60654

RE: 25-3451 Dennis Donnelly v. Des Moines Register and Tribune Co., et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CBO

Enclosure(s)

cc: Robert Richard Anderson
Clerk, U.S. District Court, Southern Iowa
Robert Corn-Revere
Conor T. Fitzpatrick
Greg Harold Greubel
Nicholas A. Klinefeldt
Matthew A. McGuire
Adam Blair Steinbaugh
David Yoshimura

District Court/Agency Case Number(s): 4:25-cv-00150-RGE

**Caption for Case Number: 25-3451**

Dennis Donnelly, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

Des Moines Register and Tribune Company, Inc.; J. Ann Selzer; Selzer & Company; Gannett Co., Inc.

Defendants - Appellees

**Addresses for Case Participants: 25-3451**

Daniel Robert Suhr
NATIONAL CENTER FOR JUSTICE & LIBERTY
Suite 210
747 N. Jackson Street
Chicago, IL 60654

Robert Richard Anderson
LAW OFFICE OF ROBERT R. ANDERSON
1001 E. Sixth Street
P.O. Box 4
Atlantic, IA 50022

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA 50306-0000

Robert Corn-Revere
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 340
700 Pennsylvania Avenue, S.E.
Washington, DC 20003

Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

Greg Harold Greubel
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

Nicholas A. Klinefeldt
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Matthew A. McGuire
NYEMASTER & GOODE
Suite 1300
700 Walnut Street
Des Moines, IA 50309-3899

Adam Blair Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA  19106

David Yoshimura
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA  50309-8011