UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Donnelly vs. Des Moines Register & Tribune Co. e

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-3451 for the following party(s): (please specify)

Donnelly

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Daniel R. Suhr s/: Daniel R. Suhr

Firm Name: Center for American Rights

Business Address: 1341 W. Fulleton Ave., Suite 170

City/State/Zip: Chicago IL 60614

Telephone Number (Area Code): 414.588.1658

Email Address: dsuhr@americanrights.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 12/13/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: