**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants-Appellees. | Case No. 25-3451<br><br>Southern District of Iowa<br><br>Case No. 4:25-cv-00150-RGE-WPK |

## CERTIFICATE OF NO TRANSCRIPT

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), the Appellant certifies that no transcript is being ordered because no hearing was held in this case. The relevant issues were decided on motions and briefing without any evidentiary hearing or oral argument.

/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Email: dsuhr@americanrights.org

December 15, 2025