**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants-Appellees. | Case No. 25-3451<br><br>Southern District of Iowa<br><br>Case No. 4:25-cv-00150-RGE-WPK |

**CERTIFICATE OF SERVICE**

The Certificate of No Transcript filed today was served simultaneously on all parties via electronic filing—all parties are represented by counsel registered on CM/ECF.


/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Email: dsuhr@americanrights.org


December 15, 2025