IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>        Defendants-Appellees. | Case No. 25-3451<br><br>Southern District of Iowa<br><br>Case No. 4:25-cv-00150-RGE-WPK |

## DESIGNATION AND METHOD OF APPENDIX

Having consulted with counsel for all appellees, Plaintiff/Appellant intends to file the Joint Appendix with his opening brief and to include the following documents in the Joint Appendix:

1. The lower court docket.

2. The operative complaint (ECF 22).

3. The District Court's ruling on the motion for remand (ECF 47).

4. The District Court's ruling on the motions to dismiss (ECF 48).

5. The District Court's judgment (ECF 49).

The parties may supplement this planned joint appendix or file a separate supplemental appendix depending on the course of litigation over a post-judgment motion in the District Court.

## CERTIFICATE OF SERVICE

The Designation of Appendix filed today was served simultaneously on all parties via electronic filing—all parties are represented by counsel registered on CM/ECF.

/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Email: dsuhr@americanrights.org

    December 22, 2025