IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff-Appellant.<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE COMPANY, INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.<br><br>Defendants-Appellees. | Case No. 25-3451<br><br>**RESPONDENTS DES MOINES REGISTER & TRIBUNE COMPANY AND GANNETT CO., INC.'S CORPORATE DISCLOSURE STATEMENTS** |

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, undersigned counsel states as follows:

1. **Respondent Gannett Co., Inc.** does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. Effective November 18, 2025, Gannett Co., Inc. changed its legal name to USA TODAY Co., Inc.

2. **Respondent Des Moines Register & Tribune Company** is an indirect wholly owned subsidiary of USA TODAY Co., Inc., and is not publicly traded.

Dated: December 23, 2025 Respectfully submitted,

*/s/Nick Klinefeldt*

**Nicholas A. Klinefeldt**
**David Yoshimura**
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
*nick.klinefeldt@faegredrinker.com*
*david.yoshimura@faegredrinker.com*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 23, 2025 /s/ *Paulette Ohnemus*