# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 21, 2026

Daniel Robert Suhr
CENTER FOR AMERICAN RIGHTS
Suite 170
1341 W. Fullerton Avenue
Chicago, IL  60614

  RE:  25-3451  Dennis Donnelly v. Des Moines Register and Tribune Co., et al

Dear Counsel:

  In reviewing the appendix in the above case, we noted the following deficiency(s). **Please mail or hand-deliver new copies of the appendix within 5 days of the date of this notice.**

**X**  Record material is filed in paper copy only, NOT electronically.

**X**  COVER PAGE IS INCOMPLETE OR INCORRECT.
   -The Table of Contents should <u>not</u> be on the cover page.
   -Counsel's name, office address and phone number should be on the cover page.

            Susan E. Bindler
            Clerk of Court

HAG

cc:  Robert Richard Anderson
   Robert Corn-Revere
   Conor T. Fitzpatrick
   Greg Harold Greubel
   Nicholas A. Klinefeldt
   Matthew A. McGuire
   Adam Blair Steinbaugh
   David Yoshimura