# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### **St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**    Daniel Robert Suhr

                    **\*\*2ND NOTICE\*\***

**CC:**    Robert Richard Anderson
           Robert Corn-Revere
           Conor T. Fitzpatrick
           Greg Harold Greubel
           Nicholas A. Klinefeldt
           Matthew A. McGuire
           Adam Blair Steinbaugh
           David Yoshimura

**DATE:**    January 27, 2026

**RE:**    25-3451  Dennis Donnelly v. Des Moines Register and Tribune Co., et al

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**___    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
     **X**___    References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App.____ R. Doc. _____ , at _____ .)
     *-Documents from the district court record contained in the addendum should also be included in the appendix and referenced to accordingly. SEE FRAP Rule 30(a)(1). (App. ____ R. Doc. ____ at ____ Add. ____) *in this order*
     *-There are district court docket references missing the corresponding appendix page number reference.*
     *-There are appendix references missing the corresponding district court docket number reference.*

**\*\***Please remove the addendum cover page/table of contents from the last page of the brief submission.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other

than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

HAG