# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**  Daniel Robert Suhr

**\*\*3RD NOTICE\*\***

**CC:**  Robert Richard Anderson
Robert Corn-Revere
Conor T. Fitzpatrick
Greg Harold Greubel
Nicholas A. Klinefeldt
Matthew A. McGuire
Adam Blair Steinbaugh
David Yoshimura

**DATE:**  February 03, 2026

**RE:**  25-3451  Dennis Donnelly v. Des Moines Register and Tribune Co., et al

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**___ SUMMARY OF THE CASE AND REQUEST FOR ORAL ARGUMENT IS MISSING, **INCOMPLETE** OR EXCEEDS 1 PAGE. See 8th Cir. R. 28A(i)(1).
*-The amount of time requested for argument is missing. It should not have been removed from the initial brief submission dated 01/20/2026.*

**X**___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
**X**___ References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____ R. Doc. _____ , at _____ .)
*-References should be in the order indicated in the rules and this notice with the appendix reference appearing first and the district court docket number reference appearing second, followed by the addendum reference, if applicable.*
*SEE pg. 7-8 of the brief.*
*-There are district court docket number references missing the corresponding appendix page number reference.  SEE pg. 1 of the brief.*
*-There is an addendum reference missing the corresponding appendix and district court docket number reference.  SEE footnotes 1, 9, 12 & 15*

**\*\*Please remove the addendum cover page/table of contents from the last page of the brief submission.**

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

HAG