No. 25-3451

*In the*

# United States Court of Appeals
*for the*
# Eighth Circuit

---

Dennis Donnelly,

Plaintiff-Appellant,

vs.

Des Moines Register and Tribune Company, Inc.;
Gannett Co., Inc.; J. Ann Selzer; Selzer & Company,

Defendants-Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
Case No. 4:25-cv-00150-RGE-WPK    Hon. Rebecca G. Ebinger

---

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEFS

---

Appellate Case: 25-3451     Page: 1     Date Filed: 03/09/2026 Entry ID: 5616453

NICHOLAS A. KLINEFELDT
DAVID YOSHIMURA
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Nick.Klinefeldt@FaegreDrinker.com
David.Yoshimura@FaegreDrinker.com
Phone: (515) 248-9000

*Counsel for Defendants-Appellees Des Moines
Register and Tribune Company, Inc. and Gannett
Co., Inc.*

ROBERT CORN-REVERE
CONOR T. FITZPATRICK
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org
Phone: (215) 717-3473

GREG H. GREUBEL
ADAM STEINBAUGH
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
510 Walnut Street, Suite 900
Philadelphia, PA 19106
greg.greubel@thefire.org
adam@thefire.org
Phone: (215) 717-3473

MATTHEW A. MCGUIRE
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
mmcguire@nyemaster.com
Phone: (515) 283-8014

*Counsel for Defendants-Appellees J. Ann
Selzer and Selzer & Company*

Appellate Case: 25-3451     Page: 2     Date Filed: 03/09/2026 Entry ID: 5616453

Defendants-Appellees Des Moines Register and Tribune Co., Inc., Gannett Co., Inc., J. Ann Selzer, and Selzer & Company, by and through their respective undersigned counsel, respectfully move the Court under 8th Cir. Local R. 27A(a)(2) to extend the deadline for filing their respective response briefs by 28 days, up to and including April 10, 2026. The request is based on the following grounds:

(1) The current deadline for Appellees to file their response briefs is March 13, 2026.

(2) This is Appellees' first request for an extension of a briefing deadline. No party will be prejudiced by the requested extension.

(3) This case is a complex appeal that presents multiple issues of federal and state law, including important constitutional questions. Appellees respectfully submit that additional time is warranted in service of a clearer and more efficient presentation of these complex issues for the Court.

(4) Counsel for Appellees have conferred with Plaintiff-Appellant's counsel, who has indicated that Plaintiff-Appellant has no objection to the requested deadline extension for Appellees' response briefs to April 10, 2026.

WHEREFORE, Appellees respectfully request that this Court extend the deadline for the filing of their respective response briefs to April 10, 2026.

Appellate Case: 25-3451    Page: 3    Date Filed: 03/09/2026 Entry ID: 5616453

Dated: March 9, 2026

Respectfully submitted,

*/s/ David Yoshimura*

**Nicholas A. Klinefeldt**
**David Yoshimura**
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
(515) 248-9000
nick.klinefeldt@faegredrinker.com
david.yoshimura@faegredrinker.com

*Counsel for Defendants-Appellees Des Moines*
*Register & Tribune Company and Gannett Co., Inc.*

*/s/ Robert Corn-Revere*

**Robert Corn-Revere**
**Conor T. Fitzpatrick**
FOUNDATION FOR INDIVIDUAL RIGHTS AND
EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

**Greg H. Greubel**
**Adam Steinbaugh**
FOUNDATION FOR INDIVIDUAL RIGHTS AND
EXPRESSION (FIRE)
510 Walnut Street, Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

**Matthew A. McGuire**
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014

4

mmcguire@nyemaster.com

*Counsel for Defendants-Appellees J. Ann Selzer and Selzer & Company*

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all parties in the case are represented by registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  March 9, 2026 /s/ *David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that Appellees' unopposed motion to extend the deadline for filing Appellees' response briefs (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 32 because the Motion contains 187 words. The Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016, in 14-Garamond font.

Dated:  March 9, 2026 /s/ *David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*

6