# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3451

Dennis Donnelly, on behalf of himself and all others similarly situated

Appellant

v.

Des Moines Register and Tribune Company, Inc., et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:25-cv-00150-RGE)

---

## ORDER

Appellees' motion for extension of time to file the brief is granted. Appellees may have until April 10, 2026 to file their briefs.

March 10, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler