**No. 25-3451**

*In the*

# United States Court of Appeals

*for the*

# Eighth Circuit

---

Dennis Donnelly,

Plaintiff-Appellant,

vs.

Des Moines Register and Tribune Company, Inc.;
Gannett Co., Inc.; J. Ann Selzer; Selzer & Company,

Defendants-Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
Case No. 4:25-cv-00150-RGE-WPK
Hon. Rebecca Goodgame Ebinger

---

**DEFENDANTS-APPELLEES DES MOINES REGISTER AND TRIBUNE COMPANY, INC. AND GANNETT CO., INC.'S UNOPPOSED MOTION FOR EXPANDED WORD LIMIT FOR RESPONSE BRIEF**

---

NICHOLAS A. KLINEFELDT
DAVID YOSHIMURA
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Nick.Klinefeldt@FaegreDrinker.com
David.Yoshimura@FaegreDrinker.com
Phone: (515) 248-9000

*Counsel for Defendants-Appellees Des Moines Register and Tribune Company, Inc. and Gannett Co., Inc.*

Defendants-Appellees Des Moines Register and Tribune Company, Inc. and Gannett Co., Inc. ("Press Defendants"), by and through their undersigned counsel, respectfully move the Court under 8th Cir. Local R. 28A(*l*) for leave to file an overlength brief of 16,000 words or fewer. The request is based on the following grounds:

(1) This appeal involves challenges to two district court orders: (1) its order denying Plaintiff-Appellant's motion to remand the case under the Class Action Fairness Act; and (2) its order dismissing Plaintiff-Appellant's numerous state law claims.

(2) For Plaintiff-Appellant's Statement of Issues in his opening brief, he lists three sub-issues relating to the district court's denial to remand and seven sub-issues relating to the district court's dismissal of his claims. These issues include, *inter alia*, important constitutional questions regarding the First Amendment.

(3) Absent permission from the Court, a principal brief may not exceed 13,000 words. Fed. R. App. P. 32(a)(7). To fully address each of Plaintiff-Appellant's issues, including properly raised alternative bases to affirm not addressed in Plaintiff-Appellant's opening brief, Press Defendants seek an extension of the ordinary word-count limits prescribed in the Federal Rules of Appellate Procedure.

(4) Press Defendants propose that an additional 3,000 words or fewer—for a total word limit of 16,000 words—will permit them to adequately respond to



Appellate Case: 25-3451 Page: 3 Date Filed: 04/03/2026 Entry ID: 5625376

and address the numerous issues implicated in this case. Press Defendants respectfully submit that the expanded word limit will likewise benefit the Court by permitting a clearer and more effective presentation of the issues.

(5) Counsel for Press Defendants have conferred with counsel for all other parties in the case, who have indicated that they have no objection to Press Defendants' present motion.

WHEREFORE, Press Defendants respectfully request that this Court expand the word count limit for their response brief to 16,000 words.

Dated: April 3, 2026

Respectfully submitted,

*/s/ David Yoshimura*
**Nicholas A. Klinefeldt**
**David Yoshimura**
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
(515) 248-9000
nick.klinefeldt@faegredrinker.com
david.yoshimura@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all parties in the case are represented by registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 3, 2026

*/s/ David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company, Inc. and Gannett Co., Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that Press Defendants' motion to expand the word count for filing their response brief (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because the Motion contains 298 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f). The Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016, in 14-Garamond font.

I further certify that this filing has been scanned for computer viruses and has been found to be virus-free.

Dated: April 3, 2026

*/s/ David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company, Inc. and Gannett Co., Inc.*