**No. 25-3451**

***In the***

# United States Court of Appeals

***for the***

# Eighth Circuit

---

Dennis Donnelly,

Plaintiff-Appellant,

vs.

Des Moines Register and Tribune Company, Inc.;
Gannett Co., Inc.; J. Ann Selzer; Selzer & Company,

Defendants-Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
Case No. 4:25-cv-00150-RGE-WPK
Hon. Rebecca Goodgame Ebinger

---

**DEFENDANTS-APPELLEES DES MOINES REGISTER AND TRIBUNE COMPANY, INC. AND GANNETT CO., INC.'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEF**

---

NICHOLAS A. KLINEFELDT
DAVID YOSHIMURA
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Nick.Klinefeldt@FaegreDrinker.com
David.Yoshimura@FaegreDrinker.com
Phone: (515) 248-9000

*Counsel for Defendants-Appellees Des Moines Register and Tribune Company, Inc. and Gannett Co., Inc.*

Defendants-Appellees Des Moines Register and Tribune Company, Inc. and Gannett Co., Inc. ("Press Defendants"), by and through their undersigned counsel, respectfully move the Court under 8th Cir. Local R. 27A(a)(2) to extend the deadline for filing their response brief by 14 days, up to and including April 24, 2026. The request is based on the following grounds:

(1) The current deadline for Press Defendants to file their response brief is April 10, 2026.

(2) This case is a complex appeal of two separate district court orders that presents multiple important issues related to the Class Action Fairness Act, the First Amendment, and Iowa statutory and common law.

(3) In order to fully address all the numerous and complex issues raised by Plaintiff-Appellant, Press Defendants filed an Unopposed Motion for Expanded Word Limit for Response Brief (the "Motion") seeking an extension of 3,000 words, for a total of word limit of 16,000 words.

(4) In conformance with 8th Cir. Local R. 28A(*l*), Press Defendants filed the Motion on April 3, 2026, seven days before the deadline for Press Defendants to file their response brief.

(5) At the time of this filing, the Court has not yet ruled on the Motion.

(6) In order to give the Court time to consider and rule on the Motion, Press Defendants respectfully request that this Court extend the deadline for the filing of their response brief by 14 days, up to and including April 24, 2026.

If the Court grants the Motion, Press Defendants are prepared to and will immediately file their response brief. Attached hereto as Exhibit A is Press Defendants proposed response brief, which contains 15,496 words.

(7) This is Press Defendants' second request for an extension of a briefing deadline. The Court granted the first request, which was unopposed.

(8) No party will be prejudiced by the second requested extension.

(9) Counsel for Press Defendants have conferred with counsel for Plaintiff-Appellant Dennis Donnelly and Defendants-Appellees J. Ann Selzer and Selzer & Company, who have indicated that they have no objection to this requested deadline extension.

WHEREFORE, Defendants-Appellees Des Moines Register and Tribune Company, Inc. and Gannett Co., Inc. respectfully request that this Court extend the deadline for the filing of their response brief to April 24, 2026.

Dated: April 10, 2026

Respectfully submitted,

*/s/ David Yoshimura*

**Nicholas A. Klinefeldt**
**David Yoshimura**
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
(515) 248-9000
nick.klinefeldt@faegredrinker.com
david.yoshimura@faegredrinker.com

*Counsel for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all parties in the case are represented by registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 10, 2026

*/s/ David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that Appellees' unopposed motion to extend the deadline for filing Appellees' response briefs (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 32 because the Motion contains 375 words. The Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016, in 14-Garamond font.

Dated: April 10, 2026

*/s/ David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*