**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-3451

Dennis Donnelly, on behalf of himself and all others similarly situated

Appellant

v.

Des Moines Register and Tribune Company, Inc., et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:25-cv-00150-RGE)

---

**ORDER**

The motion to file an overlength brief filed by appellees Des Moines Register and Tribune Company and Gannett Co. is denied. The motion for extension of time to file the brief is granted in part. Appellee/Responsive brief of Des Moines Register and Tribune Company and Gannett Co. due 04/17/2026.

April 14, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________
/s/ Susan E. Bindler