# United States Court of Appeals

*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


**TO:** Michael J. Grygiel
Christina Hernsdorf
Nicholas A. Klinefeldt
Kelly McNamee
David Yoshimura

**CC:** Robert Richard Anderson
Robert Corn-Revere
Conor T. Fitzpatrick
Greg Harold Greubel
Matthew A. McGuire
Samuel Rudovsky
Adam Blair Steinbaugh
Daniel Robert Suhr

**DATE:** April 21, 2026

**RE:** 25-3451 Dennis Donnelly v. Des Moines Register and Tribune Co., et al

Your paper briefs in the above-referenced case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**X** ___ Please file a Corrected Certificate of Service entry in CM/ECF within 5 days of the date of this notice showing service of the paper copies of your brief. Pursuant to 8th Cir. R. 28A(d), counsel is required to serve one paper copy on each party separately represented or proceeding pro se.
-*The Certificate of Service provided did not indicate a paper copy was mailed to counsel for all parties being separately represented per the 8th Cir. Rule.*

HAG