No. 25-3451

*In the*

# United States Court of Appeals

*for the*

# Eighth Circuit

---

Dennis Donnelly,

Plaintiff-Appellant,

vs.

Des Moines Register and Tribune Company, Inc.; Gannett Co., Inc.; J. Ann Selzer; Selzer & Company,

Defendants-Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
Case No. 4:25-cv-00150-RGE-WPK
Hon. Rebecca Goodgame Ebinger

---

**DEFENDANTS-APPELLEES DES MOINES REGISTER AND TRIBUNE COMPANY, INC. AND GANNETT CO., INC.'S CORRECTED CERTIFICATE OF SERVICE**

---

Nicholas A. Klinefeldt
David Yoshimura
Faegre Drinker Biddle & Reath llp
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Nick.Klinefeldt@FaegreDrinker.com
David.Yoshimura@FaegreDrinker.com
Phone: (515) 248-9000

Michael J. Grygiel
Kelly L. McNamee
Christina N. Hernsdorf
Foley Hoag, LLP
1031 Avenue of the Americas, 25th Floor
New York, New York 10019
mgrygiel@foleyhoag.com
kmcnamee@foleyhoag.com
chernsdorf@foleyhoag.com
Phone: (212) 812-0400

*Counsel for Defendants-Appellees Des Moines Register and Tribune Company, Inc. and Gannett Co., Inc.*

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the **Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.'s Response Brief** by using the Court's CM/ECF system. I further certify that once the Court accepted the Response Brief for filing, I sent via U.S. Mail 1 copy of the brief to all parties of record at the following addresses:

Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave.,
Suite 170
Chicago, IL 60614

Greg H. Greubel
Adam Steinbaugh
Foundation for Individual Rights and Expression (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106

Robert Corn-Revere†
Conor T. Fitzpatrick
Foundation for individual Rights and Expression (FIRE)
700 Pennsylvania Ave. SE; Suite 340
Washington, DC 20003

Matthew A. McGuire
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309

*/s/ David Yoshimura*
David Yoshimura

*Counsel for Appellees Des Moines Register and Tribune Company, Inc. and Gannett Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all parties in the case are represented by registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 27, 2026

*/s/ David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that Appellees' Corrected Certificate of Service complies with the type-volume limitation of Fed. R. App. P. 32 because the Motion contains 141 words. The Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016, in 14-Garamond font.

Dated: April 27, 2026

*/s/ David Yoshimura*
*Counsel for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*