**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 29, 2026

Bruce David Brown
Mara Gassmann
Claudia Liss-Schultz
Lisa Beth Zycherman
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
Suite 1020
1156 15th Street, N.W.
Washington, DC 20005

RE: 25-3451 Dennis Donnelly v. Des Moines Register and Tribune Co., et al

Dear Counsel:

The amicus curiae brief of the Reporters Committee for Freedom of the Press and 46 Other News and Media Organizations has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Susan E. Bindler
Clerk of Court

HAG

cc: Robert Richard Anderson
Nicole Saad Bembridge
Robert Corn-Revere
Conor T. Fitzpatrick
Greg Harold Greubel
Michael J. Grygiel
Christina Hernsdorf
Caesar D. Kalinowski
Nicholas A. Klinefeldt
Matthew A. McGuire

Kelly McNamee
Shontee Maya Pant
Samuel Rudovsky
Adam Blair Steinbaugh
Daniel Robert Suhr
David Yoshimura

District Court/Agency Case Number(s): 4:25-cv-00150-RGE