**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

DENNIS DONNELLY, on behalf of himself and all others similarly situated,

Plaintiff-Appellant,

v.

DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,

Defendants-Appellees.

Case No. 25-3451

Southern District of Iowa

Case No. 4:25-cv-00150-RGE-WPK

# MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 and in light of Local Rule 27A(a)(2), Appellant respectfully moves the Court for a two-week extension of time to file his reply brief, from May 8, 2026, to May 22, 2026, and states as follows:

1. A time-sensitive issue arose this week of core concern to counsel's law firm that demanded significant and timely attention.
2. Counsel has an out-of-town speaking engagement on May 7, with travel on May 6 and 8.
3. The amicus brief of the American Association for Public Opinion Research was only approved for publication on the docket on April 28, and the amicus brief of the Reporters Committee for the Freedom of the Press was only approved on April 29, such that Appellant would otherwise have limited time

to thoughtfully address these briefs.

4. This is Appellant's first request for an extension in this Court. Appellant has previously consented to a request for an extension from Appellees.
5. Counsel for both the Selzer and Gannett Appellees has stated they do not object to the motion.

Wherefore, Appellant respectfully moves for a two-week extension on his time to file his reply brief.

/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Email: dsuhr@americanrights.org

**CERTIFICATE OF SERVICE**

The motion was served simultaneously on all parties via electronic filing—all parties are represented by counsel registered on CM/ECF. /s/ Daniel R. Suhr

**CERTIFICATE OF WORD COUNT**

The body of the motion contains 194 words in Times New Roman 14.

/s/ Daniel R. Suhr

April 30, 2026