# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3451

Dennis Donnelly, on behalf of himself and all others similarly situated

Appellant

v.

Des Moines Register and Tribune Company, Inc., et al.

Appellees

------------------------------

American Association for Public Opinion Research, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:25-cv-00150-RGE)

---

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until May 22, 2026 to file the brief.

April 30, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler