**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Daniel Robert Suhr

**CC:** Robert Richard Anderson
Nicole Saad Bembridge
Bruce David Brown
Robert Corn-Revere
Conor T. Fitzpatrick
Mara Gassmann
Greg Harold Greubel
Michael J. Grygiel
Christina Hernsdorf
Caesar D. Kalinowski
Nicholas A. Klinefeldt
Claudia Liss-Schultz
Matthew A. McGuire
Kelly McNamee
Shontee Maya Pant
Samuel Rudovsky
Adam Blair Steinbaugh
David Yoshimura
Lisa Beth Zycherman

**DATE:** May 26, 2026

**RE:** 25-3451 Dennis Donnelly v. Des Moines Register and Tribune Co., et al

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X** PAGINATION. Arabic numeral pagination begins after the Table of Authorities with page "1". All prior sections should be paginated with lower case roman numerals. The cover pages should not be paginated.

**X** STATEMENT OF THE CASE. Pursuant to FRAP 28(a)(6), revised December 1, 2013, the Statement of the Case and Statement of Facts must be combined into a single STATEMENT OF THE CASE. *Please re-title the "Facts" section of the brief.*

Again, your brief cannot be filed until you correct these defects. Failure to correct them

may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

HAG