# EIGHTH CIRCUIT COURT OF APPEALS

# ORAL ARGUMENT RESPONSE FORM

The Clerk's Office has sent you the calendar for an upcoming court session. Counsel who present oral argument to the Court must acknowledge receipt of the calendar by completing this form and electronically filing it in the appropriate case or cases. Please file this form immediately by following these steps:

**1) Complete Form On-Line**
**2) Click the 'Save' Button**
**3) Save Completed Form to Your Desktop**
**4) Review Completed Form Before Filing**
**5) Log into CM/ECF and File "Argument Response Form" attaching Oral Argument Response Form**

If you have not entered an Appearance in the case, the Clerk's Office will treat the returned Response Form as your Entry of Appearance.

If you have questions or need assistance, please call the Calendar Unit at 314-244-2400.

Counsel should report no later than 30 minutes before court convenes for check-in and final instructions.

A list of the hotels for each city is available on the web at www.ca8.uscourts.gov/hotel-information

September | U.S. Courthouse | Missouri, St. Louis

CASE NUMBER(S): 25-3451

CASE TITLE: Donnelly v. Des Moines Register & Tribune Co. et al.

ATTORNEY PRESENTING ARGUMENT: Daniel R. Suhr

On behalf of: Appellant    Party Name: Donnelly

ARGUING ATTORNEY ADDRESS

Office: Center for American Rights

Address: 1341 W. Fullerton Ave.

Address: Suite 170

City, State, Zip: Chicago, IL 60614

Phone: 414.588.1658

E-Mail: dsuhr@americanrights.org